IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RYAN MARSHALL LODYGOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:02-CV-767-WKW |
| ) | (WO) |
| MONTGOMERY COUNTY ) | |
| COMMISSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has considered Counsel's Motion to Withdraw (Doc. # 50) and requests that counsel provide the Court with Plaintiff's last known address. Upon filing Plaintiff's last known address, the Court will grant counsel's Motion to Withdraw.

Done this the 12th day of May 2006.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE